UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MICHAEL J. CLARK, )
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 7:16-CV-291-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action.

**This Judgment Filed and Entered on February 24, 2017, and Copies To:**

| | |
|---|---|
| Angela R. Cinski | (via CM/ECF electronic notification) |
| Lawrence Wittenberg | (via CM/ECF electronic notification) |
| Lisa M. Rayo | (via CM/ECF electronic notification) |

DATE:                                       JULIE RICHARDS JOHNSTON, CLERK
February 24, 2017                 (By) /s/ Nicole Briggeman
                                               Deputy Clerk