IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-00291-D

| | | |
|---|---|---|
| MICHAEL CLARK, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| Defendant. | ) | |

It is ORDERED that Defendant pay the sum of $4,393.00 in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any claims for fees, costs, and other expenses pursuant to EAJA. Such payment should be sent to:

> Angela R. Cinski
> Roberti, Wicker, Lauffer & Cinski, PA
> 100 East Parrish Street, Suite 200
> Durham, North Carolina 27701

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel and mailed to the office address above in accordance with Plaintiff's assignment to counsel of his right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

SO ORDERED. This 16 day of April, 2017.

JAMES C. DEVER III
Chief United States District Judge