UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL CLARK, )<br>    Plaintiff, )<br>          )<br> v.       )<br>          )<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security,     )<br>    Defendant. )| **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:16-CV-291-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay the sum of $4,393.00 in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any claims for fees, costs, and other expenses pursuant to EAJA. Such payment should be sent to: Angela R. Cinski, Roberti, Wicker, Lauffer & Cinski, P A 100 East Parrish Street, Suite 200 Durham, North Carolina 27701. Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiffs counsel and mailed to the office address above in accordance with Plaintiff's assignment to counsel of his right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

**This Judgment Filed and Entered on April 17, 2017, and Copies To:**
| | |
|---|---|
| Angela R. Cinski | (via CM/ECF electronic notification) |
| Lawrence Wittenberg | (via CM/ECF electronic notification) |
| Lisa M. Rayo | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE:<br>April 17, 2017 | PETER A. MOORE, JR., CLERK<br>(By) /s/ Nicole Briggeman<br> Deputy Clerk |