UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MICHAEL CLARK,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 7:16-CV-291-D**

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. §406(b) in the amount of $25,206.00, and refund to Plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on February 27, 2019, and Copies To:**

| | |
|---|---|
| Angela R. Cinski | (via CM/ECF electronic notification) |
| Lawrence Wittenberg | (via CM/ECF electronic notification) |
| Lisa M. Rayo | (via CM/ECF electronic notification) |

DATE:
February 27, 2019

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
Deputy Clerk